Julius F. Wall and Blanche E. Wall, appellees, v. Lydia S. Hibbard and Norman A. Beck, on appeal of Lydia S. Hibbard, appellant. Gen. No. 31,599.

Bill to set aside forfeiture of contract for deed, and restore possession. Decree for complainants. Appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1926. Affirmed. Opinion filed October 4, 1927. Rehearing denied October 17, 1927.

Otto G. Ryden, for appellant. Charles P. Molthrop and J. Arthur Johnson, for appellees.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

W. C. Handley, defendant in error, v. Joseph F. Ryan et al., defendants. Conant W. Ruth, plaintiff in error. Gen. No. 31,603.

Action for money loaned and no notes. Judgment for plaintiff on defendant's default. Error to the Circuit Court of Cook county; the Hon. George Fred Rush, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1927. Reversed. Opinion filed October 4, 1927.

Cloyes & Klingler, for plaintiff in error. Nuttall & Chism, for defendant in error.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

William Moshinsky, defendant in error, v. Bertha Haviar et al., plaintiffs in error. Gen No. 31,624.

Bill for specific performance of contract of sale of realty. Decree for complainant. Error to the Superior Court of Cook county; the Hon. Oscar Hebel, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1927. Reversed and remanded with directions. Opinion filed October 4, 1927.

Thomas J. Young, for Thomas H. Mullay, plaintiff in error. Sherman C. Spitzer and Charles F. Grimes, for Chicago Title & Trust Co., plaintiff in error. No appearance for defendant in error.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

David Saul Klafter, appellee, v. L. A. Sherwin, appellant. Gen. No. 31,661.

Action for architectural services. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. William E. Viner, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1927. Reversed with a finding of fact. Opinion filed October 4, 1927.

L. A. Sherwin, pro se. Perlman, Goodman & Scolnik, for appellee; Avern B. Scolnik, of counsel.

Mr. Presiding Justice Barnes delivered the opinion of the court.